159 F.3d 1350
 Todd Patrick Boyer
v.
Betty Lou Macarski, M.A. Bollinger, Captain, Tim C. Outlaw,
William Campbell, Federal Bureau of Prisons, LSCI-Allenwood,
John Does #1-#6, unknown Agents and Representatives of
Federal Bureau of Prisons, Jane Does #1-#6, uknown Agents
and Representatives of Federal Bureau of Prisons
 NO. 98-7133
 United States Court of Appeals,
Third Circuit.
 July 31, 1998
 Appeal From: M.D.Pa. ,No.97cv1599
 
 1
 Affirmed in part, Vacated in part.